UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LASHEA WALKER,

    Plaintiff,   Case No. 07-14373

v.   Honorable John Corbett O'Meara

JOHN POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE; and
STEVE STRONG,

    Defendants.
                                    /

**ORDER DENYING
PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**

This matter came before the court on plaintiff LaShea Walker's October 15, 2007 application for appointment of counsel. In her *pro se* complaint, Plaintiff has alleged, among other things, retaliation by her employer after she complained about her leave time.

The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985).

In reviewing plaintiff Walker's application, the court finds no exceptional circumstances to allow for the appointment of counsel.

# ORDER

It is hereby **ORDERED** that Plaintiff's October 15, 2007 Application for Appointment of Counsel is **DENIED.**

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: December 13, 2007

I hereby certify that a copy of the foregoing document was served upon Plaintiff on this date, December 13, 2007, by ordinary mail.

                                        s/William Barkholz
                                        Case Manager